E-filing

FILED
08 MAY 27 PM 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Liebb

Plaintiff,

vs.

Ayers

Defendant.

CASE NO. CV 08 2643 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Stephen Liebb, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ✗ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: San Quentin prison Cinnate ways

Gross: $20.00 per month Net: _____

Employer: Food service clerk

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

| | | | |
|---|---|---|---|
| 9 | a. | Business, Profession or | Yes ___ No X |
| 10 | | self employment | |
| 11 | b. | Income from stocks, bonds, | Yes ___ No X |
| 12 | | or royalties? | |
| 13 | c. | Rent payments? | Yes ___ No X |
| 14 | d. | Pensions, annuities, or | Yes ___ No X |
| 15 | | life insurance payments? | |
| 16 | e. | Federal or State welfare payments, | Yes ___ No X |
| 17 | | Social Security or other govern- | |
| 18 | | ment source? | |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).

5  _____

6  _____

7  5.  Do you own or are you buying a home?    Yes ___ No _X_

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.  Do you own an automobile?    Yes ___ No _X_

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes ___ No _X_ Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_

20 _____

21 8.  What are your monthly expenses?

22 Rent: $_____ Utilities: _____

23 Food: $   15-20   Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 _____    $_____    $_____

27 _____    $_____    $_____

28 _____    $_____    $_____

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Payments owed for filing fee to Federal court_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_5-16-08_                               _Stephen Plell_
DATE                                    SIGNATURE OF APPLICANT

_Copy of last 2 Trust account statements enclosed_

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

```
REPORT ID: TS3030 .701                                          REPORT DATE: 12/31/0
                                                                   PAGE NO:
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 31, 2007

ACCOUNT NUMBER  : C60825                        BED/CELL NUMBER: N 5 00000000099U
ACCOUNT NAME    : LIEBB, STEPHEN                   ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                               TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE    DESCRIPTION     COMMENT         CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

10/01/2007      BEGINNING BALANCE                                                      18.10
10/05   D554    INMATE PAYROL   1368SEPT07                    20.48                    38.58
10/09   FR01    CANTEEN RETUR   701391                                       1.00-     39.58
10/09   W212    FEDERAL FILIN   1397FILFEE                                   4.10      35.48
10/09   FC01    DRAW-FAC 1      1400MAIN1                                   20.00      15.48
11/06   D554    INMATE PAYROL   1824/OCT07                    22.43                    37.91
11/07   FC01    DRAW-FAC 1      1856/MAIN1                                  20.00      17.91
12/06   D554    INMATE PAYROL   2245/NOV07                    25.20                    43.11
12/10   FR01    CANTEEN RETUR   702279                                       0.60-     43.71
12/14 * W512    LEGAL POSTAGE   2385LPOST                                    4.60      39.11
12/14   W512    LEGAL POSTAGE   2385LPOST                                    5.70      33.41
12/14   W512    LEGAL POSTAGE   2385LPOST                                    5.70      27.71
12/14 * W512    LEGAL POSTAGE   2385LPOST                                    9.53      18.18
12/14   W512    LEGAL POSTAGE   2385LPOST                                    9.53       8.65
12/14   W512    LEGAL POSTAGE   2385LPOST                                    4.60       4.05

                               CURRENT HOLDS IN EFFECT

 DATE           HOLD
PLACED          CODE        DESCRIPTION                     COMMENT         HOLD AMOUNT

12/21/2007      H106    UNITED PARCEL SERVICE HOLD          2504POSTAG          11.95
12/21/2007      H106    UNITED PARCEL SERVICE HOLD          2504POSTAG           9.53
12/24/2007      H109    LEGAL POSTAGE HOLD                  2522LPOST            1.82
12/24/2007      H109    LEGAL POSTAGE HOLD                  2522LPOST            1.65
12/24/2007      H109    LEGAL POSTAGE HOLD                  2522LPOST            1.65
12/24/2007      H109    LEGAL POSTAGE HOLD                  2522LPOST            5.70

                               TRUST ACCOUNT SUMMARY
BEGINNING       TOTAL           TOTAL           CURRENT         HOLDS           TRANSACTIONS
BALANCE         DEPOSITS        WITHDRAWALS     BALANCE         BALANCE         TO BE POSTED

  18.10          68.11           82.16            4.05          32.30              0.00

                                                                        CURRENT
                                                                        AVAILABLE
                                                                        BALANCE

                                                                          28.25
```

```
RT ID: TS3030  .701                                          REPORT DATE: 04/03/08
                    CALIFORNIA DEPARTMENT OF CORRECTIONS          PAGE NO:        1
                              SAN QUENTIN PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

UNT NUMBER  : C60825
UNT NAME    : LIEBB, STEPHEN                BED/CELL NUMBER: N 5 00000000099U
ILEGE GROUP: A                               ACCOUNT TYPE:   I

                              TRUST ACCOUNT ACTIVITY
  TRAN
  CODE    DESCRIPTION        COMMENT       CHECK NUM    DEPOSITS   WITHDRAWALS   BALANCE
  ----    -----------        -------       ---------    --------   -----------   -------
1/2007    BEGINNING BALANCE
                                                                                    4.05
TIVITY FOR 2008
  D554    INMATE PAYROL    2661/DEC07                     24.75                    28.80
  D554    INMATE PAYROL    3030/JAN08                     27.60                    56.40
  FC01    DRAW-FAC 1       3049/M1ST                                  19.50        36.90
  W512    LEGAL POSTAGE    9097/LPOST                                  4.60        32.30
  W512    LEGAL POSTAGE    9097/LPOST                                  1.65        30.65
  W512    LEGAL POSTAGE    9097/LPOST                                  1.65        29.00
  W512    LEGAL POSTAGE    9097/LPOST                                  5.70        23.30
  W512    LEGAL POSTAGE    9097/LPOST                                  1.82        21.48
  D300    CASH DEPOSIT     3277MAILRM                    100.00                   121.48
  D554    INMATE PAYROL    3453/FEB08                     22.50                   143.98
  FR01    CANTEEN RETUR    703479                                     0.60-       144.58
  FC01    DRAW-FAC 1       3487/MAIN1                                 25.00       119.58
  W212    FEDERAL FILIN    3670FEDFIL                                  4.50       115.08
  W415    CASH WITHDRAW    3673FEDFIL 187071701                        4.50       110.58

                               TRUST ACCOUNT SUMMARY
 GINNING        TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
 LANCE         DEPOSITS      WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
 ------        --------      -----------     -------       -------      ------------
   4.05         174.85          68.32         110.58         0.00           0.00

                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                        -------
                                                                         110.58
```