1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  SAMUEL SONG (CA SBN 245007)
   SSong@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Petitioner
   STEPHEN LIEBB
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND DIVISION

11

12  STEPHEN LIEBB,                          Case No.    C 08-02643 CW

13              Petitioner,                 **NOTICE OF APPEARANCE OF
                                            COUNSEL**
14       v.

15  R. AYERS, JR., Warden,

16              Respondent.

17

18  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

19       PLEASE TAKE NOTICE that James J. Brosnahan and Samuel Song of the law firm of

20  Morrison & Foerster LLP hereby enter their appearances as counsel for Petitioner Stephen Liebb

21  in the above-captioned case.  Stephen Liebb was previously proceeding *pro se*.

22       Copies of all pleadings, papers, and notice should be served as follows:

23              JAMES J. BROSNAHAN (CA SBN 34555)
                JBrosnahan@mofo.com
24              SAMUEL SONG (CA SBN 245007)
                SSong@mofo.com
25              MORRISON & FOERSTER LLP
                425 Market Street
26              San Francisco, California  94105-2482
                Telephone: 415.268.7000
27              Facsimile: 415.268.7522

28

1    James J. Brosnahan and Samuel Song are each licensed to practice law in the State of

2  California, are members in good standing of the California State Bar Association, and are

3  admitted to practice before the United States District Court for the Northern District of California.

4  Dated: August 19, 2008                MORRISON & FOERSTER LLP

5                                         By:  /s/ James J. Brosnahan [e-filing signature]

6                                              Attorneys for Petitioner
                                              STEPHEN LIEBB

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ECF ATTESTATION

2

3      I, Samuel Song, am the ECF User whose ID and Password are being used to file:

4      **NOTICE OF APPEARANCE OF COUNSEL**

5      In compliance with General Order 45, X.B., I hereby attest that James J. Brosnahan has

6 concurred in this filing.

7 Dated: August 19, 2008                    MORRISON & FOERSTER LLP

8                                           By:  /s/ Samuel Song [e-filing signature]
                                                 Attorneys for Petitioner
9                                                STEPHEN LIEBB

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

4

5

6

I further declare that on the date hereof I served a copy of:

7

**NOTICE OF APPEARANCE OF COUNSEL**

8

9

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

10

11

Stephen Liebb                              Robert Ayers, Jr., Warden
C-60825 4N92u                              San Quentin State Prison
San Quentin State Prison                   San Quentin, CA 94974
San Quentin, CA 94974

12

13                                          *Respondent*

*Petitioner*

14

15                                          Office of the Attorney General
                                            455 Golden Gate Avenue, Suite 11000
16                                          San Francisco, CA 94102-7004

17                                          *Counsel for Respondent*

18

I declare under penalty of perjury that the above is true and correct.

19

Executed at San Francisco, California, this 19th day of August, 2008.

20

21                                          By:  /s/ Colleen Burns [e-filing signature]

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
*Liebb v. Ayers*, C 08-02643 CW
sf-2552814