IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,

    Petitioner,

 v.

R. AYERS JR.,

    Respondent.
_____/

No. C 08-2643 CW

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

    Having received no filing from either party, the Court will adopt its tentative ruling entered on January 29, 2013 and deny the petition for habeas corpus. The clerk will enter a separate judgment.

    IT IS SO ORDERED.

Dated: 2/13/2013

CLAUDIA WILKEN
United States District Judge